In the Matter of the Petition of RAY DONA KUBA to Compel HYMAN M. EPSTEIN, an Attorney, to Turn over Various Stocks, Bonds, Papers, Moneys, etc.— Motion denied, with ten dollars costs, and stay vacated.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRED A. SWINGLE v. THE ROSS STORES, INC.— Motion denied, with ten dollars costs, and stay vacated.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABE J. SILVER v. CHARLES MILLER.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAX PRICE v. NATIONAL SURETY COMPANY.— Motion granted.  Settle order on notice.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RAY D. LILLIBRIDGE, INC., v. JOHNSON BRONZE COMPANY.— Motion granted. Settle order on notice.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of FRANCIS J. OAKES, Deceased.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

PETER H. CORR v. GEORGE F. HOFFMAN and Another.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of HARRY G. GOLDMAN for Admission to the Bar.— Motion denied.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.